S. Frank Harrell, Esq. [State Bar #133437]
SFH@lynberg.com
Shannon L. Gustafson, Esq. [State Bar #228856]
SLG@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
333 City Boulevard West, Suite 640
Orange, California 92868-5915
(714) 937-1010
(714) 937-1003 (facsimile)

Attorneys for Defendants
CITY OF HERMOSA BEACH and RAUL SALDANA

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY FAX DEPUTY

LODGED
2007 JUN -6 PM 2:
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH AGNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HERMOSA BEACH, CHIEF MICHAEL LAVIN, individually and as peace officer, DAVID BOHACIK, individually and as peace officer, DON JONES, individually and as peace officer, RAUL SALDANA, individually and as peace officer, individually and as peace officer, Sgt. PAUL WOLCOTT, individually and as a peace officer, Sgt. NANCY COOK, individually and as peace officer, TRACI COCHRAN and KERI ROSELL DOES 3-10, inclusive,<br><br>Defendants. | Case No. CV04-4444 JWJ<br><br>~~[PROPOSED]~~ **JUDGMENT** |

ENTERED
CLERK, U.S. DISTRICT COURT
JUNE 8, 2007
CENTRAL DISTRICT OF CALIFORNIA
BY MG DEPUTY

224

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ORIGINAL

This action came on regularly for trial on May 22, 2007 in Courtroom 890 of the United States District Court, Central District of California located at 255 East Temple Street, Los Angeles, California, the Honorable Jeffrey W. Johnson, presiding. Plaintiff Kenneth Agner. ("Plaintiff") appeared by attorney Thomas Beck. Defendants Sergeant Saldana and City of Hermosa Beach, ("Defendants") appeared by attorney S. Frank Harrell and Shannon L. Gustafson of Lynberg & Watkins. A jury of eight persons was regularly impaneled and sworn.

After hearing all of the evidence, the Court duly instructed the jury and the cause was submitted to the jury. On May 30, 2007, the jury returned into Court with a Special Verdict as follows:

**SPECIAL VERDICT FORM**

**QUESTION 1**

Did Sergeant Raul Saldana use excessive force against Plaintiff?

Yes______ No ____X_

If your answer to Question No. 1 was "yes", proceed to Question No. 2. If your answer to Question No. 1 was "no," your foreperson should sign and date this Special Verdict Form.

**QUESTION NO. 2**

Did Sergeant Raul Saldana intentionally inflict emotional distress on Plaintiff by using excessive force?

Yes______ No______

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

Defendants Sergeant Saldana and the City of Hermosa Beach have Judgment in their favor and that Plaintiff Kenneth Agner shall take nothing by way of his operative complaint against Defendants.

That Defendants recover from Plaintiff, their costs of suit in accordance with applicable law; and that this matter be, and hereby is, dismissed as to Defendants with prejudice.

IT IS SO ORDERED.

JUN - 7 2007

HON. JEFFREY W. JOHNSON
Magistrate Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business is 333 City Boulevard West, Suite 640, Orange, California 92868-5915; (714) 937-1010.

On **June 6, 2007,** I served the foregoing document described as **[PROPOSED] JUDGMENT]** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Thomas E. Beck, Esq.<br>**THE BECK LAW FIRM**<br>10377 Los Alamitos Blvd.<br>Los Alamitos, California 90720<br>(562) 795-5835<br>(562) 795-5821 | |

X **BY MAIL:** I deposited such envelope in the mail at Orange, California.

__ **BY PERSONAL SERVICE:** I had National Express deliver such envelope by hand to the office of ____________________.

__ **BY FACSIMILE TRANSMISSION:** The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine. Pursuant to rule 2005(I), I caused the machine to print a transmission record of the transmission.

__ **(State):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X **(Federal):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 6, 2007,** at Orange, California.

Rosie Ruiz

**ROSIE RUIZ**

SCANNED